HUGH DOON, Respondent, *v.* AMERICAN SURETY COMPANY OF NEW YORK, Appellant. ·

*Doon* v. *American. Surety Co.*, 110 App. Div. 215, affirmed.
(Argued November 22, 1906; decided December 11, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Janu-

ary 11, 1906, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action against a surety on an undertaking.

*Henry W. Wiggins, Russell Wiggins* and *Henry C. Willcox* for appellant.

*Herbert A. Heyn* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.